1  Monica Perales
   Attorney at Law: 297739
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562) 868-5886
   Fax: (562) 868-5491
4  E-Mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   ALEXIS DENISE BLACKWELL
6

7

8
                 UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11
   ALEXIS DENISE BLACKWELL        )  Case No.: 2:17-cv-01599-CKD
12                                 )
             Plaintiff,            )  |PROPOSED| ORDER EXTENDING
13  v.                             )  BRIEFING SCHEDULE
                                   )
14  NANCY A. BERRYHILL, Acting     )
    Commissioner of Social Security. )
15                                 )
             Defendant.            )
16                                 )
                                   )
17 _____ )

18        Based upon the stipulation of the parties, and for cause shown,

19        IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to

20  and including February 15, 2018, in which to file Plaintiff's Motion for Summary

21  Judgment ; and that all other deadlines set forth in the August 27, 2017 Case

22  Management Order shall be extended accordingly.  IT IS SO ORDERED.

23
    Dated:  January 22, 2018
24                                        _____
                                          CAROLYN K. DELANEY
25                                        UNITED STATES MAGISTRATE JUDGE

26