MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALEXIS DENISE BLACKWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01599-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's motion for summary judgment. The current due date is March 20, 2018. The new due date will be April 24, 2018.

    There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing her full workload including several district court cases and one Equal Employment Opportunity Commission matter involving briefing. Moreover, recently, Defendant's counsel was assigned unanticipated work, including an additional employment law matter involving the appeal of a recently received

decision, with the appeal due around the same time as the original due date of Defendant's response in this case, that could not be assigned to another attorney and that could not be extended. Defendant's counsel continues to have a full workload of district court cases and employment law cases in the next month.

Thus, Defendant is respectfully requesting additional time up to and including April 24, 2018, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: March 20, 2018                MONICA PERALES, LAW OFFICES OF
                                    LAWRENCE D. ROHLFING

                                    *s/ Monica Perales by C.Chen\**
                                    (As authorized by email on 3/20/2018)
                                    MONICA PERALES
                                    Attorneys for Plaintiff

Date: March 20, 2018                MCGREGOR W. SCOTT
                                    United States Attorney

                                    By *s/ Carolyn B. Chen*
                                    CAROLYN B. CHEN
                                    Special Assistant U. S. Attorney

                                    Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: March 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE