MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALEXIS DENISE BLACKWELL,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01599-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's motion for summary judgment. The current due date is April 24, 2018. The new due date will be May 1, 2018.

    There is good cause for this request. Since the court's granting of Defendant's previous request for an extension of time to file Defendant's response to Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing her full workload and was assigned additional and unanticipated matters that had immediate deadlines and could not be assigned to another attorney, including filing an appeal to a recently received decision from the

1

California Unemployment Insurance Appeals Board.  Furthermore, the weekend of March 30, 2018, Defendant's counsel had a serious personal emergency and took multiple days of leave to address and recover from the emergency.  Defendant's counsel is addressing the backlog of cases that she could not address while on leave.

Thus, Defendant is respectfully requesting additional time up to and including May 1, 2018, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case.  This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: April 23, 2018    MONICA PERALES, LAW OFFICES OF LAWRENCE D. ROHLFING

*s/ Monica Perales by C.Chen\**
(As authorized by email on 4/23/2018)
MONICA PERALES
Attorneys for Plaintiff

Date: April 23, 2018    MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

The parties are advised that, absent extraordinary cause, no further extensions of time will be granted.

Dated:  April 24, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE